closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL D. FORD,<br><br>        Petitioner,<br><br>    vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>        Respondents. | Case No. CV 09-1447-GHK (OP)<br><br>J U D G M E N T |

Pursuant to the Order Re: Dismissal of Habeas Corpus Petition for Failure to Prosecute,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  1/13/10

HONORABLE GEORGE H. KING
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge